1  Ryan Lee (SBN: 235879)
   rlee@consumerlawcenter.com
2  Matthew A. Rosenthal (SBN 279334)
   mrosenthal@consumerlawcenter.com
3  Krohn & Moss, Ltd.
   10474 Santa Monica Blvd., Suite 405
4  Los Angeles, CA 90025
   Tel: (323) 988-2400
5  Fax: (866) 861-1390
6  CARLA FRENCH

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| CARLA FRENCH, | ) | Case No.: 2:15-cv-00051-TLN-EFB |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **VOLUNTARY DISMISSAL** |
| GC SERVICES, LP., | ) | |
| Defendant. | ) | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, CARLA FRENCH, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: May 8, 2015                    KROHN & MOSS, LTD.


                                       By: /s/ Ryan Lee, Esq.
                                       Ryan Lee, Esq.
                                       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.

Ryan Lee, Esq

VOLUNTARY DISMISSAL